IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SOLAWAVE INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 24-cv-09622 <br><br> **Judge Matthew F. Kennelly** |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff Solawave Inc.'s ("Plaintiff") Motion for Entry of a Preliminary Injunction, and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction in its entirety against Defendants, identified in Schedule A attached hereto (the "Seller Aliases").

The Court further finds that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and/or funds from U.S. bank accounts, and have sold the same product shown in Exhibit 1 to the Complaint [3], that infringes Plaintiff's U.S. Patent No. D1,024,350 (the "Infringing Product"). Plaintiff's U.S. Patent No. D1,024,350 (the "Solawave Design") is shown in the below chart.

| Patent Number | Claim | Issue Date |
|---|---|---|
| D1,024,350 | FIG. 1　FIG. 2　FIG. 4　FIG. 6　FIG. 9 | April 23, 2024 |

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for Entry of a Temporary Restraining Order establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted. Specifically, Plaintiff has proved a *prima facie* case of design infringement because (1) Plaintiff is the lawful assignee of all right, title and interest in and to the Solawave Design, (2) Defendants make, use, offer for sale, sell, and/or import into the United States for subsequent sale or use products that infringe directly and/or indirectly the ornamental design claimed in the Solawave Design, and (3) an ordinary observer would be deceived into thinking the Infringing Product was the same as the Solawave Design. Furthermore, Defendants' continued and unauthorized use of the Solawave Design

irreparably harms Plaintiff through loss of customers' goodwill, reputational harm, and Plaintiff's ability to exploit the Solawave Design. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. As such, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be preliminarily enjoined and restrained from:

    a. offering for sale, selling and importing the Infringing Product;

    b. aiding, abetting, contributing to, or otherwise assisting anyone in offering for sale, selling, and importing the Infringing Product; and

    c. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd., and Alibaba.com Singapore E-Commerce Private Limited (collectively "Alibaba"), Amazon.com, Inc. ("Amazon"), Wish US Holdings LLC ("Wish.com"), Walmart Inc. ("Walmart"), Etsy, Inc. ("Etsy"), Whaleco Inc. ("Temu"), ByteDance Ltd., TikTok Ltd., TikTok Inc., and TikTok LLC (collectively "TikTok"), and DHgate, Inc. ("Dhgate"), (collectively, the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to

Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a. the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions including, without limitation, PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Wish.com, DHgate, Walmart, Etsy, Temu, TikTok, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon Plaintiff's request, those with notice of the injunction, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of

such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of the Infringing Product.

4. Defendants shall be temporarily and preliminarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. Any Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, Etsy, Walmart, Temu, TikTok, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6. Plaintiff is authorized to issue expedited written discovery, pursuant to the Federal Rules of Civil Procedure 33, 34 and 36, related to:

   a. the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

   b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial

accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces.

Plaintiff is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within three (3) business days of being served via e-mail.

7. Plaintiff may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions by electronically publishing a link to the Complaint, this Order and other relevant documents on a website to which the Domain Names which are transferred to Plaintiff's control will redirect, or/and by sending an e-mail with a link to said website to an email address for each Defendant. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Schedule A to the Complaint [2], Exhibit 1 to the Complaint [3], Exhibit 2 to the Declaration of Andrew Silberstein [17], and the TRO [22] are unsealed.

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

10. The ten thousand dollar ($10,000) bond posted by Plaintiff shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

IT IS SO ORDERED.

Date: November 8, 2024

_____
Matthew F. Kennelly
United States District Judge

**Solawave Inc. v. BioMol Light Limited, et al. - Case No. 24-cv-9622**

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | biomolredlight.en.alibaba.com | BioMol Light Limited |
| 2 | topcase.en.alibaba.com | Dongguan Changqiang Hardware & Plastic Co., Ltd. |
| 3 | huaruitech.en.alibaba.com | Dongguan Laxney Technology Co., Ltd. |
| 4 | minueca.en.alibaba.com | Dongguan Minglue Intelligent Technology Co., Ltd. |
| 5 | mslg.en.alibaba.com | Dongguan Mslg Technology Co., Ltd. |
| 6 | beautyswish.en.alibaba.com | Dongguan Xuanyi Technology Co., Ltd. |
| 7 | ifenten.en.alibaba.com | Evolvetek (Shenzhen) Co., Ltd. |
| 8 | fs-happystar.en.alibaba.com | Foshan Happy Star Electronics Co., Ltd. |
| 9 | gzbanke.en.alibaba.com | Guangzhou Banke Medical Beauty Co., Ltd |
| 10 | boliao.en.alibaba.com | Guangzhou Bohai Medical Technology Co., Ltd. |
| 11 | luxrenew.en.alibaba.com | Guangzhou Dinbor International Trade Co., Ltd. |
| 12 | divich.en.alibaba.com | Guangzhou Divich Technology Co., Ltd. |
| 13 | jiayanmei.en.alibaba.com | Guangzhou Jiayanmei Technology Co., Ltd. |
| 14 | beautymacine.en.alibaba.com | Guangzhou Miaomei Trading Co., Ltd. |
| 15 | gzningyou.en.alibaba.com | Guangzhou Ningyou Import & Export Co., Ltd. |
| 16 | gztaoxi.en.alibaba.com | Guangzhou Taoxi Technology Co., Ltd. |
| 17 | yanmengkj.en.alibaba.com | Guangzhou Yanmeng Technology Co., Ltd. |
| 18 | gzgoldyy.en.alibaba.com | Guangzhou Yao-Yuan Industrial Co., Ltd. |
| 19 | bellymz.en.alibaba.com | Guangzhou Yimeizi Beauty Technology Co., Ltd. |

| | | |
|---|---|---|
| 20 | sunrisemedi.en.alibaba.com | Hangzhou Sunrise Medical Co., Ltd. |
| 21 | susanninibeauty.en.alibaba.com | Hebei Susan Nini Technology Co., Ltd. |
| 22 | vobeautyhome.en.alibaba.com | Henan Huizhao Technology Co., Ltd. |
| 23 | farslim.en.alibaba.com | Jiangmen Feier Electronic Technology Co., Ltd. |
| 24 | jncongyang.en.alibaba.com | Jining Congyang Biotechnology Co., Ltd. |
| 25 | kvcosmtc.en.alibaba.com | Kingsview Electronics Co., Ltd. |
| 26 | lezim.en.alibaba.com | Lezim (Shenzhen) Technology Co., Limited |
| 27 | ningqincosmetics.en.alibaba.com | Nanchang Ningqin Cosmetics Co., Ltd. |
| 28 | nnlc001.en.alibaba.com | Nanning Lancheng E-Commerce Co., Ltd. |
| 29 | ningboyanyi.en.alibaba.com | Ningbo Yanyi Trading Co., Ltd. |
| 30 | novebeautylimited.en.alibaba.com | Nove Beauty Limited |
| 31 | chengchangtech.en.alibaba.com | Shandong Chengchang Health Technology Co., Ltd. |
| 32 | adelantegroup02.en.alibaba.com | Shanghai Adelante Co., Ltd. |
| 33 | rest4u.en.alibaba.com | Shanghai Gess Fitness Equipment Co., Ltd. |
| 34 | shpaihao.en.alibaba.com | Shanghai SLLEAF Technology Co., LTD |
| 35 | gzshineu.en.alibaba.com | Shangzhi Youzao (Guangzhou) Technology Co., Ltd. |
| 36 | amerke.en.alibaba.com | Shenzhen Amerke Electronic Co., Ltd. |
| 37 | anniser.en.alibaba.com | Shenzhen Anniser Intelligent Technology Co., Ltd. |
| 38 | aoso.en.alibaba.com | Shenzhen Aoso Technology Co., Ltd. |
| 39 | szbaleka.en.alibaba.com | Shenzhen Baleka Technology Co., Ltd. |
| 40 | beautants.en.alibaba.com | Shenzhen Beautants Technology Co., Ltd. |
| 41 | szbeayou.en.alibaba.com | Shenzhen Beayou Technology Co., Ltd. |
| 42 | aifreebeauty.en.alibaba.com | Shenzhen Beiyaman Technology Co., Ltd. |
| 43 | cnbelen.en.alibaba.com | Shenzhen Belen Electronic Technology Co., Ltd. |

| | | |
|---|---|---|
| 44 | betory.en.alibaba.com | Shenzhen Betory Technology Co., Ltd. |
| 45 | bowei-ch.en.alibaba.com | Shenzhen Bowei Tech Co., Ltd. |
| 46 | canvor.en.alibaba.com | Shenzhen Canvor Technology Co., Ltd. |
| 47 | crenpros.en.alibaba.com | Shenzhen Coren Technology Co., Ltd. |
| 48 | dahao8.en.alibaba.com | Shenzhen Dahao E-Commerce Co., Ltd. |
| 49 | desida.en.alibaba.com | Shenzhen Desida Technology Co., Ltd. |
| 50 | easter.en.alibaba.com | Shenzhen Easter Technology Co., Ltd. |
| 51 | saviorclothing.en.alibaba.com | Shenzhen Eigday Heating Limited |
| 52 | enimei.en.alibaba.com | Shenzhen Enimei Tech Co., Ltd. |
| 53 | szfredtechnology.en.alibaba.com | Shenzhen Fred Technology Co., Ltd. |
| 54 | holix.en.alibaba.com | Shenzhen Fulinyun Technology Co., Ltd. |
| 55 | fairywell.en.alibaba.com | Shenzhen Green Bright Technology Limited Company |
| 56 | hailicare.en.alibaba.com | Shenzhen Hai Li Xuan Technology Co., Ltd. |
| 57 | coralnice.en.alibaba.com | Shenzhen Himax Electronic Technology Co., Ltd. |
| 58 | hongyutec.en.alibaba.com | Shenzhen Hongyu Technology Co., Ltd. |
| 59 | therapylight.en.alibaba.com | Shenzhen HS Medical Equipment Co., Ltd. |
| 60 | ifreshtech.en.alibaba.com | Shenzhen Ifresh Tech Co., Ltd. |
| 61 | inlinda.en.alibaba.com | Shenzhen Inlinda Technology Co., Ltd. |
| 62 | jeslin.en.alibaba.com | Shenzhen Jeslin Technology Co., Ltd. |
| 63 | meizonscare.en.alibaba.com | Shenzhen Jie Zhong Lian Technology Co., Ltd. |
| 64 | liman01.en.alibaba.com | Shenzhen Liman Technology Co., Ltd. |
| 65 | limanbeauty.en.alibaba.com | Shenzhen Liman Technology Co., Ltd. (2) |
| 66 | loveka.en.alibaba.com | Shenzhen Loveka Technology Co., Ltd. |
| 67 | magentaglobe.en.alibaba.com | Shenzhen Meijiante Technology Co., Ltd. |

| | | |
|---|---|---|
| 68 | novebeauty.en.alibaba.com | Shenzhen Nove Technology Co., Ltd. |
| 69 | obestechealth.en.alibaba.com | Shenzhen Obestec Industrial Co.,ltd |
| 70 | phenitech.en.alibaba.com | Shenzhen Phenitech Technology Co., Ltd. |
| 71 | phenitech01.en.alibaba.com | Shenzhen Phenitech Technology Co., Ltd. (2) |
| 72 | toolsbeperfect.en.alibaba.com | Shenzhen QINGYEE Tech. Co.,Ltd. |
| 73 | handsomely.en.alibaba.com | Shenzhen Qingying Technology Co., Ltd. |
| 74 | szressan.en.alibaba.com | Shenzhen Ruishidi Technology Co., Ltd. |
| 75 | szsunled.en.alibaba.com | Shenzhen Shanglaite Electronic Technology Co., Ltd. |
| 76 | silucare.en.alibaba.com | Shenzhen Silu Electronic Co., Ltd. |
| 77 | sinzonco.en.alibaba.com | Shenzhen Sinzon Industrial Co., Ltd. |
| 78 | szskysmart.en.alibaba.com | Shenzhen Sky Spirit Electronics Co., Ltd. |
| 79 | xingchengnuo.en.alibaba.com | Shenzhen Star Promise Industry Co., Ltd. |
| 80 | vigsun.en.alibaba.com | Shenzhen Sungrow Led Technology Co., Ltd. |
| 81 | sunhills.en.alibaba.com | Shenzhen Sunhills Network Technology Co., Ltd. |
| 82 | sunsred.en.alibaba.com | Shenzhen Sunsred Technology Co., Ltd. |
| 83 | supercool.en.alibaba.com | Shenzhen Supercool Technology Co., Ltd. |
| 84 | teenyear.en.alibaba.com | Shenzhen Teenyear Cosmetics Co., Ltd. |
| 85 | truelybeauty.en.alibaba.com | Shenzhen Truely Beauty Industry Co., Limited |
| 86 | jaderoller.en.alibaba.com | Shenzhen Wayestar Technology Co., Ltd. |
| 87 | woch.en.alibaba.com | Shenzhen Wochuan Electronic Co., Ltd. |
| 88 | wocdz.en.alibaba.com | Shenzhen Wochuan Electronic Co., Ltd. (2) |
| 89 | wushengkeji.en.alibaba.com | Shenzhen Wusheng Technology Co., Ltd. |

| | | |
|---|---|---|
| 90 | beautyfountain.en.alibaba.com | Shenzhen Xiaochengjiejiegao Technology Co., Ltd. |
| 91 | xrstech.en.alibaba.com | Shenzhen Xiruisheng Technology Co., Ltd. |
| 92 | yabaoled.en.alibaba.com | Shenzhen Yabao Tech Co., Ltd. |
| 93 | ybk.en.alibaba.com | Shenzhen Yabeikang Technology Co., Ltd. |
| 94 | yihuikang.en.alibaba.com | Shenzhen Yihuikang Technology Co., Ltd. |
| 95 | cyilan.en.alibaba.com | Shenzhen Yilan Technology Co., Ltd. |
| 96 | ywwq.en.alibaba.com | Shenzhen Ywwq Electronic Co., Ltd. |
| 97 | shopfocal.en.alibaba.com | Shenzhen Zhiyi Techonlogy Co., Ltd. |
| 98 | szhealthsystem.en.alibaba.com | Shenzhen Zhongdun Joint Investment Smart Electronics Co., Ltd. |
| 99 | zhongjia2024.en.alibaba.com | Shenzhen Zhongjia Technology Co., Ltd. |
| 100 | aootoy.en.alibaba.com | Shenzhen Zhuangxin Technology Co., Ltd. |
| 101 | sunglor.en.alibaba.com | Sunglor Technology Co., Ltd. |
| 102 | cjlasers.en.alibaba.com | Wuhan Changjiang Laser Technology Co., Ltd. |
| 103 | bsh.en.alibaba.com | Xiamen Best Fortune Technology Co., Ltd. |
| 104 | zhifeida.en.alibaba.com | Xiamen Swida technology Co. Ltd. |
| 105 | zzylp.en.alibaba.com | Zhangzhou Yalop Motor Technology Co., Ltd. |